# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CARMELO MARQUEZ PEREZ,

      Petitioner,

      v.                              Case No. 2:26-cv-00025 KWR-GBW

KRISTI NOEM, *Secretary of the Department of Homeland Security,*
TODD LYONS, *Acting Director, United States Immigration and Customs Enforcement*
PAMELA BONDI, *Attorney General of the United States*, *and*
MARY DE ANDA-YBARRA, *ICE Field Office Director,*

      Respondents.

## ORDER FOR STATUS REPORT

THIS MATTER comes before the Court upon *sua sponte*. The Court was unable to find Petitioner in the ICE detainee locator. The Court directs the parties to state whether Petitioner remains in ICE custody, or whether the detention issue in his Petition is moot. The Court directs the parties to file a status report within **five (5) days** of the entry of this order. Moreover, the parties **MUST** alert the Court **IMMEDIATELY** whether any decisions or changes in his immigration case will moot or affect the Court's ruling in this case. *See, e.g., Lorenzo v. Castro*, 2:25-cv-923 KWR/GJF (D.N.M.) (petitioner was removed on December 11, 2025 without notice to the court for more than a month and a judicial decision was issued, wasting judicial resources). The parties have an ongoing duty to file status reports when new information may affect this case.

      **IT IS SO ORDERED.**

                                              /S/
                                          KEA W. RIGGS
                                          UNITED STATES DISTRICT JUDGE